**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

MAY 14 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                        INDICTMENT NO. 26-37-SCM-CJS

**CODY J. HOEH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about May 18, 2025, in Kenton County, in the Eastern District of Kentucky,

and elsewhere,

**CODY J. HOEH**

knowingly and intentionally distributed a mixture or substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, and the death of another person,

namely V.S.C., resulted from the use of such mixture or substance containing a

detectable amount of fentanyl, all in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about December 15, 2025, in Kenton County, in the Eastern District of

Kentucky,

**CODY J. HOEH**

knowingly and intentionally distributed five grams or more of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about January 27, 2026, in Kenton County, in the Eastern District of

Kentucky,

**CODY J. HOEH**

knowingly and intentionally possessed with intent to distribute five grams or more of

methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 841(a)(1).

**A TRUE BILL**

FOREPERSON

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ANTHONY J. BRACKE**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**    Not less than 20 years and not more than life imprisonment, a $1,000,000 fine, and at least 3 years of supervised release.

**If a prior felony drug offense**, life imprisonment, a $2,000,000 fine, and at least 6 years of supervised release.

**COUNTS 2-3:**    Not less than 5 years and not more than 40 years imprisonment, a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.